## United States District Court for the Northern District of Illinois

Case Number: 08CV4688  Assigned/Issued By: DAJ

Judge Name: ASPEN  Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other ____
             [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 3028477

Date Payment Rec'd: 08/18/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __08/18/08__ as to __DEF.__ _____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05