AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RUTH OCZKO

CASE NUMBER: 08CV4688

V.

ASSIGNED JUDGE: JUDGE ASPEN

CHICAGO BOARD OF EDUCATION

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASMAN

TO: (Name and address of Defendant)

CHICAGO BOARD OF EDUCATION
125 S. Clark St., #6
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Josh Friedman
The Law Offices of Josh Friedman
53 West Jackson, Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Jacqueline Halloran*
(By) DEPUTY CLERK



**August 18, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 8-27-08 |
| NAME OF SERVER (PRINT) Aaron Willoughby | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Cynica Townsend Authorized To Accept Service For Board of Ed

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $25.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-27-08       _Aaron Willoughby_
                Date            Signature of Server

3152 South Prairie Ave
Chicago IL 60616
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.